**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RONALD COOK, | * | |
| CHRISTINE COOK, | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v | * | Civil Action No. RDB-16-3031 |
| | * | |
| NATIONSTAR MORTGAGE, LLC, | * | |
| PATRICK BOWMAN, *Vice President,* | * | |
| *Foreclosure, Finance, and Administration,* | * | |
| The BANK OF NEW YORK MELLON, | * | |
| BANK OF AMERICA, NA, | * | |
| TALISHA WALLACE, | * | |
| MICHELLE SJOLANDER, *Senior Vice* | * | |
| *President*, | * | |
| THOMAS K. MONTAG, *Chief Operating* | * | |
| *Officer,* | * | |
| ALBA LAW GROUP, P.A., | * | |
| MARK DEVAN, Esq. | * | |
| THOMAS DORE, Esq. | * | |
| COLLEGIATE CAPITAL ADVISORS, LLC, | * | |
| PATRICK W. HANSEN, | * | |
| | * | |
| Defendants | * | |
| | *** | |

**ORDER**

On December 5, 2016, this Court issued an Order requiring Plaintiffs to show cause why the above-captioned Complaint should not be dismissed without prejudice for failure to effect service of process. (ECF 5). Plaintiffs have failed to respond to the Order.

Accordingly, it is this 3rd day of January, 2017, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiffs; and

3. The Clerk SHALL CLOSE this case.

_____/s/_____
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE